UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE AL HODGES,<br><br>    Plaintiff,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 21-cv-01845-JCS<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner challenges a sentence he received in the San Diego County Superior Court, which lies in the Southern District of California. Accordingly, this action is TRANSFERRED to the United States District Court for the Southern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: April 19, 2021.

JOSEPH C. SPERO
United States Chief Magistrate Judge